**STATE OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN/NEW YORK**

COUNTY OF _____

INDEX #: 17-3977(JMA)(SIL)
Date Filed: July 6, 2017

*Sandra Kimelman,*

*Plaintiff(s)/Petitioner(s)*

vs

*PHH Mortgage Corporation,*

*Defendant(s)/Respondent(s)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

_Shayne Collen_, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _July 24, 2017_ at _3:25pm_, at _c/o Corporation Service Company, 80 State St., Albany, NY 12207_, deponent served the within _Summons in a Civil Action, Verified Complaint(jury demand endorsed hereon) and Exhibits_

on: _PHH Mortgage Corporation_, _Defendant_ therein named.

[ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[X] By delivering thereat a true copy of each to _Kevin Vohnoutka/ Clerk_ personally, deponent knew said business/agency so served to be the business/agency described in same as said defendant and knew said individual to be the managing/authorized agent of the business/agency, and said person stated that he/she was authorized to accept service on behalf of the business/agency.

[ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

[ ] By affixing a true copy of each to the door of said premises, which is defendant's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat
on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____
on the ____ day of _____ at ____
Address confirmed by _____

[ ] On _____, deponent completed service by depositing a true copy of each to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Male_    Color of skin: _White_    Color of hair: _Brown_    Age: _30 - 39 Yrs._    Height: _Over 6'_
Weight: _161 - 200 Lbs._    Other Features: _Glasses_

[ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the witness.

Deponent asked person spoken to whether the defendant is presently in military service of the United States Government or of the State of New York and was informed that defendant is not.

Sworn to before me on _July 28, 2017_

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen
Invoice-Work Order # 1703049

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Sandra Kimelman

*Plaintiff(s)*

v.

Civil Action No. 17-3977(JMA)(SIL)

PHH Mortgage Corporation

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHH Mortgage Corporation
1 Mortgage Way, Mount Laurel, NJ 08054

PHH Mortgage Corporation
c/o Corporation Service Company
80 State Street, Albany, NY 12207-2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Darren Aronow, Esq.
Aronow Law, PC
20 Crossways Park Drive North, Suite 210
Woodbury, NY 11797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

*Concetta Landow*

Date: 07/06/2017

*Signature of Clerk or Deputy Clerk*