UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA KIMELMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PHH MORTGAGE CORPORATION,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cv-03977-(JMA)-(SIL)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Adam P. Hartley of Ballard Spahr LLP hereby appears as counsel for Defendant PHH Mortgage Corporation in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below or by ECF.

Dated: New York, New York　　　　Ballard Spahr LLP
　　　　November 13, 2017

　　　　　　　　　　　　　　　　　By:　/s/ Adam P. Hartley　　　　　　　

　　　　　　　　　　　　　　　　　Adam P. Hartley
　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　919 3rd Avenue
　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　(646) 346-8033 (Telephone)
　　　　　　　　　　　　　　　　　(212) 223-1942 (Fax)
　　　　　　　　　　　　　　　　　hartleya@ballardspahr.com
　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused a copy of the foregoing Notice of Appearance to be served electronically via ECF upon all counsel of record.

*/s/ Adam P. Hartley*
Adam P. Hartley

Dated: November 13, 2017